IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE BROWN, | No. C 06-5212 MEJ |
|     Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | |
| SINGLE ROOM HOUSING OCCUPATION CORP. et al., | |
|     Defendant(s). | |

On September 11, 2006, the Court granted Plaintiff's Application to Proceed In Forma Pauperis. Since that time, the Clerk of Court has twice requested the defendants' addresses for service of the summons and complaint. (Docs. ## 7, 9.) Neither Plaintiff nor Plaintiff's counsel has responded to the Clerk's requests. Based on the failure to provide this information after nearly one year, the Court finds that this case should be dismissed for failure to prosecute unless Plaintiff shows good cause otherwise. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall e-file a declaration by September 6, 2007, and the Court shall conduct a hearing on September 13, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 23, 2007

MARIA-ELENA JAMES
United States Magistrate Judge