IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE BROWN, | No. C 06-5212 MEJ |
| Plaintiff(s), | **ORDER VACATING OSC** |
| vs. | |
| SINGLE ROOM HOUSING OCCUPATION CORP. et al., | |
| Defendant(s). | |

On August 23, 2007, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (Doc. #10.) Plaintiff's counsel responded to the OSC with a declaration filed September 10, 2007. (Doc. #11.) Upon review of the declaration, the Court VACATES the OSC hearing scheduled for September 13, 2007. Upon service of all Defendants, the parties shall comply with the August 24, 2006 Scheduling Order for Cases Asserting Denial of Rights of Access. (Doc. #3) The parties shall modify the deadlines as necessary given Plaintiff's lengthy delay in providing Defendants' addresses.

**IT IS SO ORDERED.**

Dated: September 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge