1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   RENE BROWN,                              No. C 06-5212 MEJ
12            Plaintiff(s),                   **ORDER DIRECTING DEFENDANTS TO**
                                              **FILE CONSENT/DECLINATION FORM**
13     vs.
14   SINGLE ROOM HOUSING OCCUPATION
     CORP. et al.,
15
16            Defendant(s).
     _____/
17
18          Pending before the Court is Defendants' Motion to Dismiss.  Upon review of the record in

19   this action, the Court notes that Defendants have not filed a written consent to Magistrate Judge

20   James' jurisdiction or request for reassignment to a United States District Court judge for trial.  This

21   civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all

22   purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this

23   District Court are designated to conduct any and all proceedings in a civil case, including a jury or

24   non-jury trial, and to order the entry of final judgment, upon the consent of the parties.  An appeal

25   from a judgment entered by Magistrate Judge James may be taken directly to the United States Court

26   of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a

27   district court.

28

**United States District Court**
For the Northern District of California

1    You have the right to have your case assigned to a United States District Judge for trial and

2    disposition.  Accordingly, Defendants shall inform the Court whether they consent to Magistrate

3    Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  A copy

4    of both the consent and declination forms may be obtained from the Northern District of California's

5    website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left

6    margin, then choose "Civil."  Defendants shall inform the Court as soon as possible, but no later than

7    October 18, 2007.

8        **IT IS SO ORDERED.**

9

10   Dated: October 9, 2007

        _____

11      MARIA-ELENA JAMES
        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2